Benjamin L. Ratliff Esq.     Bar No. 113708
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALICE WHITE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF FRESNO; FRESNO CITY POLICE DEPARTMENT, and DOES 1 to 100,<br><br>　　　　Defendants. | CASE NO.  1:05-CV-1558 OWW GSA<br><br>**ORDER SETTING PRE-TRIAL AND TRIAL DATES** |

　This matter came on regularly for a status hearing in Courtroom 3 before United States District Court Judge Oliver W. Wanger on January 14, 2008 at 10:00.  Plaintiff Alice White appeared personally representing herself.  Defendants appeared by and through their counsel, Benjamin L. Ratliff of Weakley, Ratliff, Arendt and McGuire, LLP.

　IT IS HEREBY ORDERED that the pretrial conference be scheduled for March 17, 2008 at 11:00 a.m. and jury trial for April 21, 2008 at 9:00 a.m. in Courtroom 3 before Judge Oliver W. Wanger.

IT IS SO ORDERED.

**Dated:   March 14, 2008**　　　　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Oliver W. Wanger**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Order Setting Pretrial/Trial Dates