# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WHITE, | 1:05-cv-01558 OWW GSA |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT DERRICK WHITE, WITNESS** |
| vs. | |
| CITY OF FRESNO, | DATE: APRIL 22, 2008 |
| Defendants. | TIME: 8:30 a.m. |

_____/

**DERRICK WHITE**, inmate, a necessary and material witness on behalf of the plaintiff in proceedings in this case on April 21, 2008, is confined at Fresno County Jail, in the custody of the Sheriff. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom Three, Seventh Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on April 22, 2008, at 8:30 a.m.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of Fresno County Jail:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day today until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER,** you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: 4-2-08

_____
Oliver W. Wanger
United States District Judge