Benjamin L. Ratliff, Esq.      Bar No. 113708
THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California   93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALICE WHITE, | ) CASE NO. 1:05-CV-1558 OWW GSA |
|---|---|
| Plaintiff | ) |
| vs. | ) **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES** |
| CITY OF FRESNO; FRESNO CITY POLICE DEPARTMENT AND DOES 1 TO 100, | ) |
| Defendants. | ) |

On September 19, 2007 at 11:00 a.m., Defendants' Motion for Summary Judgment and/or Summary Adjudication of Issues came on for hearing before the Honorable U.S. District Court Judge Oliver W. Wanger.  Benjamin L. Ratliff, Esq. appeared on behalf of all named defendants. Plaintiff Alice White appeared personally on her own behalf and plaintiff Derrick White appeared at the hearing by telephone.

After considering the moving and opposition papers and arguments of the parties, the court issued its MEMORANDUM DECISION GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES.

Pursuant to said memorandum IT IS HEREBY ORDERED that defendants motion for summary judgment as to all claims by plaintiff, DERRICK WHITE, including excessive

---
Order re MSJ

force, false arrest, assault and battery, negligence, and negligent infliction of emotional distress is GRANTED.  IT IS FURTHER ORDERED that judgment be entered against DERRICK WHITE in case number CV-F-05-1564 and CV-F-05-1558.

As to the claims of plaintiff, ALICE WHITE, IT IS ORDERED THAT defendants' motion for summary judgment as to the City of Fresno is GRANTED as to all claims.

IT IS FURTHER ORDERED that defendants' motion for summary judgment is GRANTED as to ALICE WHITE'S claims for excessive force, false arrest in violation of the Fourteenth Amendment, due process, denial of familial association and assault and battery.

Defendants' motion for summary judgment is DENIED as to plaintiff ALICE WHITE'S third cause of action for arrest without probable cause in violation of the Fourth Amendment and the fourth cause of action for negligence.

Dated: March 28, 2008.                    By: /s/ OLIVER W. WANGER
                                                U.S. District Court Judge
                                                Oliver W. Wanger

**PROOF OF SERVICE**

I, the undersigned, hereby certify that I am employed in the County of Fresno, State of California, over the age of eighteen years and not a party to the within action; my business address is 1630 East Shaw Avenue, Suite 176, Fresno, California 93710.

On the date set forth below, I placed in a sealed envelope and served a true copy of the within

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION OF ISSUES**

addressed as follows:

Alice White
5473 E. Kaviland Avenue
Fresno, CA 93727
(559) 253-0179
In Pro Per

Derrick White, 1580803/0700842
Fresno County Jail
P.O. Box 872
Fresno, CA 93712

☒  BY MAIL   I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited in the ordinary course of business.

I caused each envelope, with postage fully prepaid, to be placed in the United States mail, at Fresno, California.

☐  BY HAND   I hand delivered each envelope to the office listed above.

☐  BY FACSIMILE   I served the above-mentioned document from Facsimile Machine No.: (559)221-5262 to the interested parties at the facsimile numbers listed above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct, and that this proof of service was executed at Fresno, California, on March 14, 2008.

/s/ Lisa Piatt
_____
Lisa Piatt