UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICE WHITE, | 1:05-cv-1558 OWW GSA |
| Plaintiff, | ORDER RE: PRISONER DERRICK WHITE |
| v. | |
| CITY OF FRESNO, FRESNO CITY POLICE DEPARTMENT, | |
| Defendants. | |

TO THE FRESNO COUNTY SHERIFF:

Plaintiff Alice White has notified the Court she will not recall the witness, Derrick White.  The civil subpoena has been satisfied and there is no further need for Derrick White's appearance as a witness in this case.

SO ORDERED.

DATED:  April 22, 2008.

/s/ OLIVER W. WANGER
Oliver W. Wanger
UNITED STATES DISTRICT JUDGE