**FILED**

**JUDGMENT ENTERED
April 24, 2008**

**By G. Lucas
Deputy Clerk**

__XX___ **FILE CLOSED**

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

ALICE WHITE,

    Plaintiff,

vs.

                            **JUDGMENT IN A CIVIL ACTION**

                            1:05-CV-1558 OWW GSA

CITY OF FRESNO, et al.,

    Defendant.
_____

        This action came before the Court for a trial by jury. At the close of the plaintiff's case and after the Rule 50 motions the plaintiff voluntarily dismisses defendants Ron Flores, Martin, Russian, Al Lopez, Chris Desmond, Curtis Chastain, Roland Rendon, Keith Dooms, Matthew Paley, and Rick Harrell. Judgment is entered in favor of these defendants and against the plaintiff.

        Upon completion of a jury trial and the jury having rendered its verdict in favor of defendant Michael Manfredi, Judgment is entered in favor of defendant Michael Manfredi and against the plaintiff

DATED: April 24, 2008

                                        VICTORIA C. MINOR, Clerk

                                        /S/ G. Lucas
                       By:
                                          Deputy Clerk